JOHN P. CRANE, Respondent, v. NEW YORK WORLD-TELEGRAM CORP. et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: 1. Was the order of the Special Term, dated December 10, 1952, properly made? 2. Was the order of the Appellate Division, dated November 30, 1953, properly made? Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ. [See 282 App. Div. 963.]

GOLD PLASTERING Co., INC., Respondent, v. 200 EAST END AVENUE CORP., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ. [See 282 App. Div. 1073.]

THEODORE HEOS, an Infant, by PETER HEOS, His Guardian ad Litem, et al., Appellants, v. IRVING LADNER, Doing Business as HIGHWAY AUTO RENTING COMPANY, Respondent, et al., Defendants.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ. [See 282 App. Div. 707, 740.]

In the Matter of BEHOR ESPRIEL et al., Respondents, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant, and JULIUS ALBALA, Intervener, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See 282 App. Div. 1069.]

In the Matter of BLANCHE W. FUSCO, Respondent, against CHARLES H. SKIPPON, JR., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ. Motion to resettle order denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See 282 App. Div. 1055.]

In the Matter of the Probate of the Will of WILLIAM J. QUINN, Deceased. JOAN A. QUINN, Appellant; CAROLINE WHITNEY, as Executrix of WILLIAM J. QUINN, Deceased, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ. Motion to resettle order of December 7, 1953, denied, without costs. The matter has been remitted for a retrial of all the issues. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 282 App. Div. 1049.]

In the Matter of JOHN SINCERBEAUX, Petitioner, against FRANK T. HANLON, as Commissioner of Public Safety of the City of White Plains, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ. [See 282 App. Div. 960.]